# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| OLIN GODWIN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-CV-512-RJC-DSC |
| ) | |
| v. ) | |
| ) | |
| ALZA CORPORATION, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for William H. Berglund]" (document #10). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.           Signed: February 3, 2011

_David S. Cayer_
United States Magistrate Judge